UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HOWARD Q. STOOKSBURY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RELIENT STANDARD INSURANCE, ) <br> ) <br> Defendant. ) | No.:  3:23-CV-278-TAV-JEM |

## **MEMORANDUM OPINION & ORDER**

Plaintiff, an inmate of the Northwest Correctional Complex in Tiptonville, Tennessee, has filed documents which the Court has construed as a pro se complaint [Doc. 2] and a motion for leave to proceed *in forma pauperis* [Doc. 1]. For the reasons set forth below, the Court will transfer this action to the Eastern Division of the United States District Court for the Western District of Tennessee.

The general venue statute for federal district courts provides that:

> A civil action may be brought in—
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)–(3).

As set forth above, plaintiff currently resides in the Northwest Correctional Institute in Tiptonville, Tennessee, which is located in Lake County [Doc. 1]. And Lake County, Tennessee lies within the Eastern Division of the United States District Court for the Western District of Tennessee. 28 U.S.C. § 123(c)(1). As such, it is apparent that this Court is not the proper venue for this action, and the Eastern Division of the United States District Court for the Western District of Tennessee is the proper venue. Moreover, it appears that plaintiff intended to file this matter in the Western District of Tennessee, as the heading of the motion to proceed *in forma pauperis* indicates that it is filed in that district. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** this action to the Eastern Division of the United States District Court for the Western District of Tennessee, and to **CLOSE** this Court's file.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE